# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 GILDO RUSSO
                    Plaintiff

                                                        CIVIL ACTION

          V.
                                                        NO.   10-10963-GAO

    ACCOUNTS RECEIVABLE MANAGEMENT, INC.
                    Defendant

## SETTLEMENT ORDER OF DISMISSAL

    O'TOOLE                     D. J.


        The Court having been advised on  JULY 12, 2010  that the above-entitled

action has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

thirty (30) days if settlement is not consummated.


                                                        By the Court,


    7/13/10                                   /s/ Paul Lyness
          Date                                      Deputy Clerk


(Dismissal Settlement.wpd - 12/98)